UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                              :
DEDMAS SANCHEZ,               :
                              :   Civil Action No. 09-5272 (RMB)
         Petitioner,          :
                              :
     v.                       :           O R D E R
                              :           (CLOSED)
JEFF GRONDOLSKY,              :
                              :
         Respondent.          :
_____
```

For the reasons expressed in this Court's Opinion filed herewith;

IT IS ON THIS **31st** day of **December 2009**;

**ORDERED** that the petition for a writ of habeas corpus is hereby DISMISSED; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

                                       s/Renée Marie Bumb
                                       RENÉE MARIE BUMB
                                       United States District Judge